UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHELLE JOHNSON,

  Plaintiff,

-vs-

ACE CASH EXPRESS, INC.,                  CASE NO.:  3:19-CV-00226-HES-MCR

  Defendant.

_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Michelle Johnson, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a negotiated resolution with regard to this case and are presently drafting and finalizing the settlement agreement and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                        */s/ Shaughn C. Hill*
                                        Shaughn C. Hill, Esquire
                                        Morgan & Morgan Tampa,  P.A.
                                        One Tampa City Center
                                        201 N. Franklin Street, 7th Floor
                                        Tampa, FL 33602
                                        Tele:  (813) 223-5505
                                        Fax:  (813) 223-5402
                                        shill@forthepeople.com
                                        Florida Bar #:  109558
                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of May, 2019, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and a copy of which was served via electronic mail to all parties of records:

**Amy Lea Drushal**
Trenam Kemker
Suite 2700
101 E Kennedy Blvd
Tampa, FL 33602
813/223-7474
Fax: 813/229-6553
Email: aldrushal@trenam.com

**Stephanie Crane Lieb**
Trenam Kemker
101 E Kennedy Blvd - Ste 2700
PO Box 1102
Tampa, FL 33602
813/223-7474
Email: slieb@trenam.com
*Attorneys for Defendant*

*/s/ Shaughn C. Hill*
Shaughn C. Hill, Esquire
Florida Bar #: 105998