UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHELLE JOHNSON,

    Plaintiff,                                      CASE NO.:  3:19-CV-00226-HES-MCR

-vs-

ACE CASH EXPRESS, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, MICHELLE JOHNSON, and the Defendant, ACE CASH EXPRESS, INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorneys' fees, costs, and expenses.

Respectfully submitted this 31st day of May, 2019.

| | |
|---|---|
| */s/ Shaughn C. Hill* | */s/ Amy Drushal* |
| Shaughn C. Hill, Esquire | Amy L. Drushal, Esquire |
| Morgan & Morgan, Tampa, P.A. | Florida Bar#: 0546895 |
| One Tampa City Center | Trenam, Kemker, Scharf, Barkin, Frye, O'Neill |
| 201 N. Franklin St., 7th Flr. | & Mullis, P.A. |
| Tampa, FL 33602 | 101 E Kennedy Blvd |
| Tele: (813) 223-5505 | Suite 2700 |
| Fax: (813) 223-5402 | Tampa, FL 33602 |
| shill@forthepeople.com | 813/223-7474 |
| Florida Bar#: 105998 | Fax: 813/229-6553 |
| *Attorney for Plaintiff* | Email:aldrushal@trenam.com/ |
| | pbs@trenam.com |
| | *Attorneys for Defendant* |