UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHELLE JOHNSON,

    Plaintiff,

v.                                Case No. 3:19-cv-00226-J-20MCR

ACE CASH EXPRESS, INC.,

    Defendant.
_____/

## ORDER

Before the Court is the parties' "Joint Stipulation of Dismissal with Prejudice" (Doc. 16).

Accordingly, it is hereby **ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is **DISMISSED** with prejudice with each party to bear their own attorneys' fees and costs; and

2. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** at Jacksonville, Florida, this _5th_ day of June, 2019.

                                                    HARVEY E. SCHLESINGER
                                                    UNITED STATES DISTRICT JUDGE

Copies to:
Shaughn C. Hill, Esq.
Amy Lea Drushal, Esq.
Stephanie Crane Lieb, Esq.